IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-01748<br>MDL No. 2545<br><br>Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><u>William Webster v. Eli Lilly and Company., et al.,</u><br><br>Civil Action No. 1:15-cv-09701 | |

**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for all parties hereto, pursuant to Rule 41(a)(I)(A)(ii) of the Federal Rules of Civil Procedure, that this entire action, including any and all claims and counterclaims which were or could have been asserted by and between these parties, against one another, is hereby dismissed with prejudice and without costs or attorneys' fees to any party.

/*s/David Sirotkin*
David Sirotkin
Morelli Law Firm, PLLC
777 Third Avenue, 31st Floor
New York, NY 10017
dsirotkin@morellilaw.com

*Attorneys for Plaintiff*

*/s/ David E. Stanley*
David E. Stanley
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA  90071

*Attorneys for Defendants*

1

## **CERTIFICATE OF SERVICE**

    I, David E. Stanley, hereby certify that on August 16, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                          */s/ David E. Stanley*